# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.964.1178

Fax. 212.473.8705

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

**VIA ECF**
The Honorable Judge Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 520
White Plains, New York 10601

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         September 21, 2023

Re:  **Juan Cisneros v. American Yacht Cub**
     **Case No.: 7:23-cv-07520**

Dear Honorable Judge Halpern:

The undersigned is counsel to Plaintiff Juan Cisneros ("Plaintiff") in the above-referenced matter. I write jointly with counsel for Defendant, to respectfully propose a schedule for the Parties' anticipated pleadings.

Plaintiff started this action by filing a Summons with Notice in the New York State Supreme Court, Westchester County on April 20, 2023. Counsel for Defendant removed this case to this Court on August 24, 2023. Plaintiff did not file a Complaint before the matter was removed to this Court. Also, the attorney who was handling this matter recently left the firm and the firm is working on reassigning the matter.

Accordingly, the Parties respectfully propose the following schedule for filing the anticipated pleadings:

| | |
|---|---|
| Plaintiff's deadline to file a complaint | October 20, 2023 |
| Defendant's deadline to Answer or otherwise respond to Plaintiff's complaint | November 20, 2023 |
| Initial Conference | To be set by the Court at your Honor's convenience |

We thank the Court for its time and attention to this matter and its consideration of this request.

Respectfully submitted,
GODDARD LAW PLLC

*/s/ Megan S. Goddard*
By: Megan S. Goddard, Esq.

cc: All counsel [*Via ECF*]