# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 │ New York, NY 10006

Office. 646.504.8363

Fax. 212.473.8705

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

February 3, 2025

**VIA ECF**
The Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 520
White Plains, New York 10601

      Re:    Juan Cisneros v. American Yacht Club
              Case No.: 7:23-cv-07520-PMH

Dear Judge Halpern,

    The undersigned represents Plaintiff Juan Cisneros ("Plaintiff"), in the above-referenced matter. We write jointly with Defendants to update the Court on the status of settlement in this matter and respectfully request a 45-day extension of the February 3, 2025, deadline to reopen the matter to and including March 20, 2024.

    The parties have recently finalized the terms of the settlement agreement and expect to exchange a final, signature-ready copy within the next week. However, the terms include a 21-day consideration period, and Plaintiff's primary language is not English, making the process substantially slower. Therefore, the parties respectfully request a 45-day extension of the deadline to reopen the matter to allow the parties time to fully execute the settlement agreement and for the compliance period to pass.

    This is the parties' second request for an extension of the aforementioned deadline.

    We thank the Court for its time and attention to this matter and its consideration of this request.

                                        Respectfully submitted,

                                        GODDARD LAW PLLC
                                        *Attorney for Plaintiff*

                                        By: <u>Megan S. Goddard</u>
cc: All Counsel of Record [*Via ECF*]             Megan S. Goddard, Esq.